Roger K. Vehrs, Esq. (SBN 073018)
Attorney at Law
2300 Tulare Street, Ste. 250
Fresno, CA 93721
Telephone: (559) 442-4211
Facsimile: (559) 442-4127

Attorneys for Defendants ROBERT HOLLOWAY III,
and KATHRYN HOLLOWAY

**FILED**

SEP 3 0 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:08-mc-00007 |
| Plaintiff(s), | REQUEST FOR DISMISSAL |
| v. | |
| ROBERT HOLLOWAY III, and KATHRYN HOLLOWAY, | |
| Defendants. | |

TO: THE HONORABLE ANTHONY W. ISHII:

Plaintiffs, Robert Holloway III, and Kathryn Holloway, by and through their attorney of record, request that the Court dismiss this action in its entirety because defendant Robert Holloway III has been charged criminally and the matter will be handled in that case.

DATED: September 29, 2008          Respectfully submitted,

                                    /s/ Roger K. Vehrs
It is so Ordered. Dated: 9-30-08   Roger K. Vehrs, Attorney for Robert Holloway
                                    III, and Kathryn Holloway

_____
United States District Judge

---
1
Request for Dismissal