1 Roger K. Vehrs (SBN 073018)
Attorney at Law
2 2300 Tulare Street, Suite 250
Fresno, California 93721
3 Telephone: (559) 442-4211
Facsimile:  (559) 442-4127
4 Email: office@vehrslaw.com

5 Attorney for Defendants
ROBERT HOLLOWAY III and
6 KATHRYN HOLLOWAY

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,           )     Case No. 1:08-mc-0007
                                      )
12            Plaintiff,               )     APPLICATION AND
                                      )     ORDER TO RESTORE CASE TO CIVIL
13     v.                              )     ACTIVE DOCKET
                                      )
14 ROBERT HOLLOWAY III and            )
   KATHRYN HOLLOWAY,                  )
15                                     )
              Defendants.              )
16 _____)

17

18     NOW COMES defendants, Robert Holloway III, and Kathryn Holloway,  by and

19 through their attorney, Roger K. Vehrs, and hereby request this Court to restore the civil

20 matter to the civil active docket which was stayed until the conclusion of the criminal action.

21 The criminal matter has now been concluded.

22 / / /

23 / / /

24 / / /

25 / / /

26

27 U.S. v. Robert Holloway III and Kathryn Holloway
Application and [Proposed] Order to Restore Case to Civil Active Docket
Case No. 1:08-mc-0007

28                                      1

It is thus respectfully requested that the court restore the civil matter to the civil active docket.

Dated: October 19, 2010                    Respectfully submitted,


   /s/ Roger K. Vehrs
ROGER K. VEHRS
Attorney for Defendants,
ROBERT HOLLOWAY III, and
KATHRYN HOLLOWAY

## ORDER

For good cause appearing, the Court hereby orders the Clerk of the Eastern District of California to restore the civil matter, Case No. 1:08-mc-0007, to the civil active docket.

IT IS SO ORDERED.

Dated:    November 2, 2010                    _____
                                                                                  CHIEF UNITED STATES DISTRICT JUDGE

U.S. v. Robert Holloway III and Kathryn Holloway
Application and [Proposed] Order to Restore Case to Civil Active Docket
Case No. 1:08-mc-0007

2